No. 97–6755. REYNOLDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6763. BOLTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6765. WRIGHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–6766. WRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6770. BEAMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6771. PEARSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6774. SAYLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6782. WILLIAMS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6784. CARRINGTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6785. LARKIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6786. MONROY-VARGAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6788. MOSER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6792. McCOY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6793. JOHNSON, AKA DAVID *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6795. McPHADEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6803. LEWIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.